IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **VICKY THOMASON,** | : | |
| | : | |
| **Plaintiff** | : | |
| | : | |
| v. | : | 5:05-CV-214 (WDO) |
| | : | |
| **CACI INTERNATIONAL, INC.,** | : | |
| | : | |
| **Defendant** | : | |

**ORDER**

Plaintiff filed this case against Defendant alleging violations of the Equal Pay Act. Defendant thereafter filed a motion to dismiss, or, in the alternative, to stay, based on an arbitration agreement signed by the parties. Based on the federal statutes and case law that embody a "liberal federal policy favoring arbitration agreements," the Court finds that Plaintiff's claims herein are covered by the employment agreement and therefore the arbitration clause in that agreement. Caley v. Gulfstream Aerospace Corp., 428 F.3d 1359, 1367 (11th Cir. 2005). Further, because Plaintiff's only claims in this case are subject to mediation and/or arbitration, the Court DISMISSES this case and orders the parties to submit the issues to the appropriate mediation and/or arbitration bodies. Alford v. Dean Witter Reynolds, Inc., 975 F.2d 1161 (5th Cir. 1992).

SO ORDERED this 3rd day of January, 2006.


S/Wilbur D. Owens, Jr.
**WILBUR D. OWENS, JR.
UNITED STATES DISTRICT JUDGE**